IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Tesla, Inc., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:26-cv-00477 |
| | § | |
| Angstrom Automotive Group, LLC, | § | |
| | § | |
| *Defendant.* | § | |

### PLAINTIFF TESLA, INC.'S MOTION FOR EXPEDITED HEARING

Plaintiff Tesla, Inc. ("Tesla") files this Motion for Expedited Hearing ("Expedited Hearing Request") in connection with the concurrently filed *Motion for Temporary Restraining Order and Writ of Replevin* (the "Emergency Relief Motion") against Defendant Angstrom Automotive Group, LLC ("Angstrom"), which was filed under seal today via the Court's sealed document submission portal.  In support of the relief requested herein, Tesla respectfully states:

Tesla requests an expedited hearing on the Emergency Relief Motion to secure access to and control over its manufacturing equipment to prevent imminent, irreparable harm to Tesla, its reputation, its production operations, its Cybertruck production employees, and its customers. Trial courts possess "broad discretion in controlling [their] own docket[s]," including the authority to expedite scheduling orders, discovery, and hearings.  *Edwards v. Cass Cnty., Tex.*, 919 F.2d 273, 275 (5th Cir. 1990); *see also In re Benham*, No. 24-42794-ELM11, 2024 WL 3960530, at *2 (Bankr. N.D. Tex. Aug. 27, 2024) (granting a motion for an expedited hearing on an application for a temporary restraining order).  For the reasons set forth below and discussed more fully in Tesla's Emergency Relief Motion, the Court should exercise that broad discretion to set an expedited hearing.

*Tesla's Motion for Expedited Hearing*                                    **Page 1 of 4**

Specifically, Tesla seeks emergency relief compelling Angstrom to immediately release Tesla's manufacturing equipment and to permit Tesla access to Angstrom's facility to retrieve that equipment—custom-manufactured tooling, jigs, dies, gauges, fixtures, molds, patterns, and related equipment (collectively, "Tooling")—from Angstrom's facility at 222 Lely Drive, Troy, Texas 76579. Despite Tesla's undisputed ownership of the Tooling and repeated demands, Angstrom has refused to release the Tooling, physically barred Tesla's retrieval team from the Anderton Facility, announced its intention to shut down the facility, halted shipments of critical parts to Tesla from the facility under an accepted purchase order, and conditioned continued facility operations on Tesla's payment of $250,000.00 per week—a demand on top of any purchase order payments and wholly unsupported by the parties' contract. Angstrom's actions create irreparable harm because the Tooling is engineered and manufactured solely to produce components for Tesla's Cybertruck; no other supplier in the world can presently manufacture these components, and, because Tesla cannot access the Tooling and manufacture more components, its on-hand supply of the components produced by the Tooling is dwindling and will be exhausted in mere *days*.

Without the Tooling, Tesla's ability to continue production on several thousand Cybertrucks already assigned to customers will be severely impacted, causing irreparable harm that no monetary award can remedy. Every day of delay compounds the total harm; Tesla asks the Court to set a hearing on Tesla's Emergency Relief Motion now to avoid it.

**<u>CONCLUSION</u>**

WHEREFORE, PREMISES CONSIDERED, Tesla respectfully requests that this Court set the Emergency Relief Motion for an expedited hearing (in person or virtually) on July 24, 2026 or at the Court's earliest convenience, and grant Tesla all other and further relief, at law or in equity, to which it may be entitled.

Dated: July 23, 2026

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

*/s/ Marc B. Collier*
Marc B. Collier
Texas Bar No. 00792418
Ethan Glenn
Texas Bar No. 24101810
marc.collier@nortonrosefulbright.com
ethan.glenn@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Telephone:     (512) 474-5201
Facsimile:     (512) 536-4598

*Counsel for Plaintiff Tesla, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that there is no counsel for Defendant who has yet appeared in this case but counsel for Plaintiff Tesla, Inc. has electronically provided a copy of this motion to the attorney acting as Angstrom's counsel in Michigan, Mr. Todd A. Holleman, via email at hollemant@millerjohnson.com and requested that he indicate whether Angstrom agrees or disagrees with this relief.

/s/ Marc B. Collier
Marc B. Collier

**CERTIFICATE OF SERVICE**

I certify that, on July 23, 2026, this document was filed and served on all counsel of record via CM/ECF, in accordance with the Federal Rules of Civil Procedure, and with Angstrom's counsel in Michigan—Mr. Todd A. Holleman—via email at hollemant@millerjohnson.com.

/s/ Marc B. Collier
Marc B. Collier