IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Tesla, Inc., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:26-cv-00477 |
| | § | |
| Angstrom Automotive Group, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## [PROPOSED] ORDER GRANTING PLAINTIFF TESLA, INC.'S MOTION FOR EXPEDITED HEARING

Before the Court is Plaintiff Tesla, Inc.'s *Motion for Expedited Hearing* (the "Motion"). Having considered the Motion, the arguments of counsel, and the applicable law, the Court finds that good cause exists to grant the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff Tesla, Inc.'s *Motion for Expedited Hearing* is **GRANTED**. The Court hereby sets Plaintiff's *Motion for Temporary Restraining Order and Writ of Replevin/Sequestration* (the "Emergency Relief Motion") for hearing on _____, 2026, at _____ _.m., in Courtroom _____ of the United States District Court for the Western District of Texas, Waco Division.

IT IS FURTHER ORDERED that the parties shall appear at the above-designated date and time, and that Defendants shall show cause, if any, why the relief requested in the Emergency Relief Motion should not be granted.

SO ORDERED.

SIGNED this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE