**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| TESLA, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO: |
| ANGSTROM AUTOMOTIVE GROUP, LLC | 6:26-cv-0477-CRW-DNM |
| Defendant. | |

**DEFENDANT ANGSTROM AUTOMOTIVE GROUP, LLC'S**
**MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF**
**CIVIL PROCEDURE 12(B)2 AND 12(B)(6)**

Defendant Angstrom Automotive Group, LLC ("Angstrom Automotive"), by and through its undersigned counsel, hereby submits their Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). Angstrom Automotive incorporates the attached brief in support of this motion.

Respectfully submitted,

**FRITZ BYRNE, PLLC**
402 West Seventh St
Austin, Texas 78701
Telephone: (512) 476-2020
Telecopy: (512) 477-5267

BY:     */s/ Liara A. Silva*
Liara A. Silva
State Bar No. 24117923
Email: lsilva@fritzbyrne.law

**AND**

Todd A. Holleman (MI Bar P57699)
(Impending *Pro Hac Vice* Request)
Miller Johnson
500 Woodward Ave., Suite 3600
Detroit, MI 48226
hollemant@millerjohnson.com
313-672-6939

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July 2026, the foregoing motion was served upon counsel of record through the Court's CM/ECF filing system.

/s/  Liara A. Silva
Liara A. Silva

2

MJ_ND 4915-3156-9345v1