# Exhibit 1

Delaware.gov                                          Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

| Entity Details |
| --- |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 10044342 | Incorporation Date / Formation Date: | 12/18/2024 (mm/dd/yyyy) |
| --- | --- | --- | --- |
| Entity Name: | **ANGSTROM ALUMINUM CASTINGS TEXAS, LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| Name: | **THE CORPORATION TRUST COMPANY** | | |
| --- | --- | --- | --- |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE ST** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **302-658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ◯ Status ◯ Status,Tax & History Information

[ Submit ]

[ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map   |   privacy   |   about this site   |   contact us   |   translate   |   delaware.gov