# Exhibit 1-A

# Supplier Scorecard Dashboard

January 2026   📅    to    January 2026   📅

| Supplier | Lead Buyer | Score | Overall Trend Over Time |
|---|---|---|---|
| 192048 \| Angstrom Aluminum Castings Texas LLC | 👤 Tushar Bhanse | 99 | • |

Case 6:26-cv-00477-CRW-DNM    Document 10-2    Filed 07/27/26    Page 2 of 5

≡ TE5LA | Supplier Scorecard

# Supplier Scorecard Dashboard

February 2026        to    February 2026

| Supplier | Lead Buyer | Score | Overall Trend Over Time |
|---|---|---|---|
| 182046 ; Angstrom Aluminum Castings Texas LLC | 👤 Tushar Bhanse | 100 | • |

≡ TESLA | Supplier Scorecard

# Supplier Scorecard Dashboard

March 2026    to    March 2026

| Supplier | Lead Buyer | Score | Overall Trend Over Time |
|---|---|---|---|
| 182046 | Angstrom Aluminum Castings Texas LLC | Tushar Bhanse | 100 | |

≡ TESLA | Supplier Scorecard

# Supplier Scorecard Dashboard

April 2026    to    April 2026

| Supplier | Lead Buyer | Score | Overall Trend Over Time |
|---|---|---|---|
| 182046 | Angstrom Aluminum Castings Texas LLC | 👤 Tushar Bhanso | 100 | |