# Exhibit 1-B



**Attachments:**          Tesla Damages Claim_with Backup_062626.xlsb; 2025 AAC Texas Inverter releases.xlsx;
AAC Texas Tesla Scorecards.zip

CAUTION: ** Ensure you trust and expect email from ▇▇▇▇▇ before clicking links/attachments. ** CAUTION



**From:** Rajneesh Banga
**Sent:** Friday, June 26, 2026 4:36 PM
**To:** Michael Bandstra <mbandstra@tesla.com>
**Cc:** Nagesh Palakurthi <npalakurthi@angstrom-usa.com>; Tushar Bhanse <tbhanse@tesla.com>; Michael Meeth <mmeeth@tesla.com>
**Subject:** FW: Follow Up from 9 June Meeting

Hello Mike,

We acknowledge receipt of Tesla's default notice. AAC-Texas categorically rejects Tesla's allegations that AAC-Texas is in material default and hereby asserts that Tesla is itself in and has been in material breach of the Contract, resulting in substantial damages to Angstrom-affiliated entities across multiple plants and programs.

**Tesla's Material Breaches:**

1. **Failure to Meet Committed Volumes and Start Dates:** Tesla systematically failed to meet volume commitments, ramp assumptions, and agreed production start timing across multiple programs. This materially reduced plant utilization and created significant unabsorbed overhead and operating losses.
   a. AMS, LLC: Cybertruck
   b. TruForge Kft: Model 3
   c. Enforge, LLC: 3DI
   d. AAC-Texas, LLC: Cybertruck & 3DI

2. **Program Cancellations and Equivalent Cancellations:** In certain cases, Tesla either cancelled programs outright or effectively stopped sourcing product after the relevant operating entity had already staffed, reserved capacity, and invested in support of the awarded business.
   a. TruForge: Model 3 (Tow-Hook)

3. **Unreasonable and Protracted PPAP/Part Approval Process (wherever the product is dual sourced):** There is no print difference between the Austin part and the Nevada part (3DI, Inverter Case), and the PPAP should therefore have been identical. Despite this, repeated submissions were required, with Nevada taking on average approximately five weeks just to acknowledge receipt, followed by rejections (though parts meet print) or requests for further sample runs without a clear explanation. AAC-Texas is now in a sixth sample run process for a part already in production at Austin.

   a. AAC-Texas: 3DI (Inverter Case)

   b. TruForge: Model 3 (Tow-Hook)

4. **Non-Performance on Commercial Commitments:** In April 2025, Tesla acknowledged the January-March 2025 shortfall in 3DI and Cybertruck volumes and stated, on conference calls and again in person, that it would work with AAC-Texas and provide compensation. Tesla requested supporting data, which was submitted, and follow-up efforts continued thereafter. Tesla nevertheless failed to provide the promised commercial resolution.

5. **Breach of Good Faith and Fair Dealing:** Tesla's demand for AAC-Texas's continued performance while causing untenable financial distress to AAC-Texas and leaving AAC-Texas contractual claims unresolved is inconsistent with the parties' obligation to deal with each other in good faith. AAC-Texas had already notified Tesla that it could no longer fund Tesla's induced losses, had run out of resources, and had already laid off a portion of the personnel.

**Additional Context:**

- With respect to 3DI specifically, Tesla's recent description is incomplete. The 5,000-volume allocation discussed last year did not translate into actual sourcing at that level during 2025. AAC-Texas supplies Tesla Austin, and Austin did not source at that level last year. Tesla was advised as early as March that the Texas plant needed to operate at contracted volumes and that the lack of demand under the agreement had materially depleted the plant's resources. The 2025 EDI release data is attached for Tesla's reference.
- AAC-Texas alone incurred over $9 million of losses in 2025 while supporting Tesla programs. Those losses were incurred in support of Tesla's business and must be addressed so that the operation can continue to be funded and further invested in.
- Each Angstrom-affiliated operating company is a separate LLC and is required to stand on its own financial footing. AAC-Texas is not expected to rely on other affiliates to absorb losses resulting from Tesla's non-performance, and it must remain independently viable based on the commercial terms and volumes that support its own operations.
- For your reference, we are also attaching AAC-Texas scorecard information for 2026, which reflects a 99/100 score throughout the period.

**AAC-Texas's Position:**

- AAC-Texas's 2025 damage claims must be addressed before Tesla can reasonably expect AAC-Texas to continue carrying the burden of Tesla's historical non-performance. Any discussion regarding revised forward pricing, future volumes, or a go-forward commercial structure is separate from, and does not replace, AAC-Texas's claims for losses already incurred. Tesla previously executed the same approach by pushing lost-volume recovery into revised pricing for lower forward volumes rather than resolving the

damage when it occurred. That approach failed and contributed directly to the current situation because actual volumes never materialized at the levels Tesla required AAC-Texas to quote.

- AAC-Texas, Enforge, and AMS are open to discussing a new PPA with fixed volume and price on all applicable parts after reconciliation of the damages to date.
- AAC-Texas is attaching additional documentation for its 2025 claims relating to its 3DI and Cybertruck programs as requested. Supporting claim information for Enforge, TruForge, and AMS will follow separately. AAC-Texas is also prepared to designate an engineering point of contact for the PPC yield and coating discussions.

In summary, while the reasons vary by program, Tesla has not met its commitments on any of the programs or part numbers at issue. The relevant entities remain willing to resolve this commercially. However, those entities cannot continue operating under a structure in which Tesla leaves historical claims unresolved while expecting continued performance.

Nothing in this letter should be construed as a waiver of any rights, claims, or remedies.

We look forward to your response.

Regards,
Raj


**From:** Michael Bandstra <mbandstra@tesla.com>
**Sent:** Wednesday, June 17, 2026 1:06 PM
**To:** Nagesh Palakurthi <npalakurthi@angstrom-usa.com>; Rajneesh Banga <RBanga@angstrom-usa.com>
**Cc:** Michael Meeth <mmeeth@tesla.com>; Tushar Bhanse <tbhanse@tesla.com>
**Subject:** Follow Up from 9 June Meeting


**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe..


Hello Nagesh and Raj,

First off, thank you for taking time to discuss your concerns with my team in-person. As we discussed, Tesla remains committed to finding an amicable resolution between us and we see that there is common ground for a resolution. As discussed, we are awaiting your breakdown for your Cybertruck losses so that we can discuss a commercial resolution in good faith.

On 3DI, you had requested some evidence on the missed shipments from December of last year. To that point, below you can find a screenshot of our order history showing a backlog from the week of 9 December onwards. This is available to you as well in our Supplier Portal.

| PO Number | PO Line | Docum... Type | Rele... | Create Date | Part Number | Part Description |
|---|---|---|---|---|---|---|
| 7700018847 | 30 | Portal | 394 | 12/15/25, 2:46:4 | 1085693-21-F | 1085693-21-F (CASE, INV |

If you reference your most recent schedule release for 3DI, you'll find a backlog that has continued to grow. As you are aware, Angstrom has not shipped 3DI cases for several weeks. While we would like to find a resolution to the concerns you brought up, we are at a point where we need to formally notify you that Angstrom is in breach of our contracts. You can find a letter attached with more specifics.

Our goal is not to drive a wedge in our relationship but to find a resolution to this and the other concerns. As we have mentioned, we see strategic value in the Angstrom Texas site given its proximity to Gigafactory Texas. We are also fully willing to provide engineering resources to support Angstrom's technical discussions with PPC on the fallout in coating.

We eagerly await your return of cost breakdowns for the Cybertruck claims and your assignment of an engineering POC for improving yield at PPC.

## Michael Bandstra

Sr Group Manager, Supply Chain
901 Page Ave, Fremont CA 94538
E. mbandstra@tesla.com    T. 650.334.5318