Exh. 2

Advertisement

ADVANCED TRANSPORT    TESLA

WHEEL DISASTER

# It's Looking Like the Cybertruck Is the Biggest Flop in Automotive History

One for the history books.

 By **Frank Landymore** / Published **Jul 24, 2026 10:55 AM EDT** / ↻ **Add Futurism** ⓘ



Illustration by Tag Hartman-Simkins / Futurism. Source: Dolores M. Harvey / Shutterstock

## Sign up to see the future, today

Can't miss innovations from the bleeding edge of science

The Cybertruck is a flop.

For all of Tesla CEO Elon Musk's grandiose claims that the pickup would be an "apocalypse-proof" tank capable of winning its driver style points wherever they go, it's instead earned a reputation for being incredibly unreliable and just about the opposite of "easy on the eyes" — probably because you can imagine the numerous sharp edges that define its low-poly design poking you in them as soon as you see it.

Most unforgivable in the capitalist society Musk champions, it hasn't sold well. He once estimated that Tesla would sell up to 500,000 Cybertrucks annually, but it hasn't even come close to that number in the nearly three years since it first started shipping, and at this point it probably won't in its entire lifetime.

So, yes. It's a flop. But could it also be the greatest flop in American automotive history?

A new piece from *Bloomberg* makes the case, comparing the Tesla vehicle to the misfortunes of Ford's Edsel, which was first introduced in 1957 and discontinued just two years later. After spending years building up hype for the car, Ford predicted selling 200,000 units in its first year, but ended up selling less than a third of that.

Advertisement

That's comparable to expectations versus reality of the Cybertruck. In fact, the Cybertruck is actually doing *worse* in key ways. Tesla's annual sales target was 250,000 units, but it didn't even crack 40,000 sales in its first year. And like the Edsel, it's sold less with each successive year, with barely 7,100 registered in the US in 2026 so far, according to S&P Global Mobility data — despite Musk juicing those figures by selling Cybertrucks to his own companies.

And like the Cybertruck, the Edsel's unusual design was also widely mocked. The most notorious feature was its vertical grille, which many jokesters compared to a toilet seat. A review in *Time* magazine sealed its fate by observing that it looked like "an Oldsmobile sucking a lemon."

"For most people it was just downright ugly," Don Sherman, a journalist and auto historian, told *Bloomberg*.

The exterior wasn't the only weird — and doomed — thing about the Edsel. In it, Ford debuted a new "Teletouch" push-button shift placed in the *center of the steering wheel* — yep, right where most cars have a horn button. It confused drivers and frequently malfunctioned.

(And spiritually, it's hard to ignore, the Teletouch evokes Tesla's insistence on hiding features that traditionally have physical buttons in a central touch screen.)

actual sales is actually worse for the Cybertruck. It may be time to put a new car on this ignominious throne.

But will Tesla discontinue the Cybertruck the same way Ford dropped the Edsel? Maybe not. The Cybertruck is a point of pride for Musk and has become synonymous with his vision. Garrett Nelson, an equity analyst at CFRA Research, thinks it's more likely the truck will "fade away."

"It's possible that they try to do some sort of redesign, or come up with a different variant to try to boost sales," Nelson told *Bloomberg*, "but we think that would really be a futile effort."

Advertisement

**More on Tesla:** *Tesla Stock in Freefall After Disastrous Earnings Report*