# Exhibit 1

LIMITED LIABILITY COMPANY ANNUAL REPORT

1/6/2022

NAME OF LIMITED LIABILITY COMPANY:    ENFORGE LLC

SECRETARY OF STATE ID NUMBER: 1106515          STATE OF FORMATION:  NC

REPORT FOR THE CALENDAR YEAR:   2026

| Filing Office Use Only |
| --- |
| E - Filed Annual Report |
| 1106515 |
| CA202612503505 |
| 5/5/2026 04:19 |

☐ Changes

## SECTION A: REGISTERED AGENT'S INFORMATION

**1.** NAME OF REGISTERED AGENT:  CT Corporation System

**2.** SIGNATURE OF THE NEW REGISTERED AGENT: _____

SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT

**3.** REGISTERED AGENT OFFICE STREET ADDRESS **& COUNTY**

160 Mine Lake Ct Ste 200

Raleigh, NC 27615 Wake County

**4.** REGISTERED AGENT OFFICE MAILING ADDRESS

160 Mine Lake Ct Ste 200

Raleigh, NC 27615

## SECTION B: PRINCIPAL OFFICE INFORMATION

**1. DESCRIPTION OF NATURE OF BUSINESS:**  Automotive Manufacturing

**2. PRINCIPAL OFFICE PHONE NUMBER:** (313) 295-0100    **3. PRINCIPAL OFFICE EMAIL:** Privacy Redaction

**4.** PRINCIPAL OFFICE STREET ADDRESS

25330 Telegraph Road, Suite 600

Southfield, MI 48033

**5.** PRINCIPAL OFFICE MAILING ADDRESS

25330 Telegraph Road, Suite 600

Southfield, MI 48033

**6. Select one of the following if applicable. (Optional see instructions)**

☐ The company is a veteran-owned small business

☐ The company is a service-disabled veteran-owned small business

## SECTION C: COMPANY OFFICIALS (Enter additional company officials in Section E.)

| NAME: Nagesh K Palakurthi | NAME: | NAME: |
| --- | --- | --- |
| TITLE: Manager | TITLE: | TITLE: |
| ADDRESS: | ADDRESS: | ADDRESS: |
| 25330 Telegraph Road, Suite 600 | | |
| SOUTHFIELD, MI 48033 | | |

## SECTION D: CERTIFICATION OF ANNUAL REPORT. Section D must be completed in its entirety by a person/business entity.

Nagesh K Palakurthi                                    5/5/2026

SIGNATURE                                             DATE

Form must be signed by a Company Official listed under Section C of This form.

Nagesh K Palakurthi                                    Manager

Print or Type Name of Company Official          Print or Type Title of Company Official

This Annual Report has been filed electronically.

MAIL TO: Secretary of State,  Business Registration Division, Post Office Box 29525, Raleigh, NC 27626-0525