UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

TESLA, INC.,

          Plaintiff,

v.

ANGSTROM AUTOMOTIVE
GROUP, LLC,

          Defendant.

CIVIL NO. 6:26-CV-00477-CRW-DNM

## ORDER SETTING HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** by Zoom to address Plaintiff's Motion for Temporary Restraining Order (Dkt. No. 4-2) on **Friday, July 31, 2026, at 2:00 PM CT**. The Zoom link will be sent via email.

So ordered on July 29, 2026.

_____
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE