IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Tesla, Inc., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:26-cv-00477-CRW-DNM |
| | § | |
| Angstrom Automotive Group, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF'S NOTICE OF SERVICE AND ATTEMPTED SERVICE
OF WITNESSES FOR JULY 31, 2026 HEARING**

Plaintiff Tesla, Inc. respectfully notifies the Court as follows in light of the 2:00 p.m.

hearing:

On July 30, 2026, undersigned counsel for Plaintiff requested Angstrom Automotive

Group, LLC's counsel to accept subpoenas on behalf of or to agree to present the following

witnesses controlled by Angstrom Automotive Group, LLC for testimony at the July 31, 2026,

2:00 p.m. hearing:

1. Mr. Nagesh Palakurti;
2. Mr. Rajneesh Banga;
3. Mr. Ed Cosper; and
4. Mr. Jafet Arano.

As of the filing of this notice, counsel has not received a response.

In an attempt to secure the attendance of the four above-named witnesses, Plaintiff served

or attempted to personally serve each with subpoenas for attendance. As of the filing of this notice,

Plaintiffs have been notified that personal service has been completed on Mr. Banga, Mr. Cosper,

and Mr. Arano. Plaintiffs have requested the proofs of service on an emergency basis and will file

the same as soon as possible. Plaintiffs have attempted service on Mr. Palakurthi in Michigan and

Texas, but service has not yet been completed.


 Dated: July 31, 2026

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

*/s/ Marc B. Collier*
Marc B. Collier
Texas Bar No. 00792418
marc.collier@nortonrosefulbright.com
Ethan Glenn
Texas Bar No. 24101810
ethan.glenn@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Telephone:     (512) 474-5201
Facsimile:     (512) 536-4598

*Counsel for Plaintiff Tesla, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on July 31, 2026, this document was filed and served on all counsel of record

via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

Liara A. Silva
State Bar No. 24117923
lsilva@fritzbyrne.law
FRITZ BYRNE, PLLC
402 West Seventh St
Austin, Texas 78701
Telephone: (512) 476-2020
Telecopy: (512) 477-5267

AND

Todd A. Holleman (MI Bar P57699)
*Admitted Pro Hac Vice*
hollemant@millerjohnson.com
Miller Johnson
500 Woodward Ave., Suite 3600
Detroit, MI 48226
313-672-6939

*Attorneys for Angstrom Automotive Group, LLC*

/s/ Marc B. Collier
Marc B. Collier