**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

TESLA, INC.,

      Plaintiff,                                  Civil Action No. 6:26-cv-00477

v.

ANGSTROM AUTOMOTIVE GROUP, LLC,

      Defendant.

---

**DEFENDANT ANGSTROM AUTOMOTIVE GROUP, LLC'S
MOTION TO STAY TEMPORARY RESTRAINING ORDER
AND WRIT OF REPLEVIN PENDING APPEAL**

Defendant Angstrom Automotive Group, LLC ("Angstrom Automotive"), by and through its undersigned counsel, hereby submits its Motion to Stay Temporary Restraining Order and Writ of Replevin pending appeal. Angstrom Automotive incorporates the attached brief in support of this motion.

Respectfully submitted,

By: _/s/Todd A. Holleman_____
Todd A. Holleman (MI Bar P57699)
(*Pro Hac Vice* Admission)
Miller Johnson
500 Woodward Ave., Suite 3600
Detroit, MI 48226
hollemant@millerjohnson.com
313-672-6939

**ATTORNEYS FOR DEFENDANT**

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 4th day of August 2026, the foregoing Motion for Stay of Temporary Restraining Order and Writ of Replevin Pending Appeal was served upon counsel of record through the Court's CM/ECF filing system.

/s/Todd A. Holleman
Todd A. Holleman (Pro Hac Vice admission)
Attorneys for Defendant

2