IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Tesla, Inc., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:26-cv-00477-CRW-DNM |
| | § | |
| Angstrom Automotive Group, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF TESLA INC.'S SUPPLEMENTAL NOTICE OF SERVICE AND ATTEMPTED SERVICE OF WITNESSES FOR JULY 31, 2026 HEARING**

Shortly before the July 31, 2026 hearing on Plaintiff Tesla, Inc.'s *Motion for Temporary Restraining Order and Writ of Replevin/Sequestration* (*See* Dkt. No. 18), Tesla filed a notice to alert the Court of Tesla's efforts to compel witnesses' attendance at the hearing (the "July 31 Notice"). *See* Dkt. No. 17. Tesla's July 31 Notice noted that it would file the proofs of service with the Court once received. In accordance with the July 31 Notice, Tesla files this supplemental notice and attaches the following returned proofs of service and affidavits of attempted service:

1. Mr. Nagesh Palakurthi: Not served. Plaintiff attempted service on Mr. Palakurthi at Michigan office of Angstrom Automotive Group, Michigan address associated with Mr. Palakurthi, and the Troy, Texas facility. *See* Exs. 1–3;

2. Mr. Rajneesh Banga: Served. Ex. 4;

3. Mr. Ed Cosper: Served. Ex. 5; and

4. Mr. Jafet Arano: Served. Ex. 6.

Dated: August 5, 2026

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

*/s/ Marc B. Collier*
Marc B. Collier
Texas Bar No. 00792418
marc.collier@nortonrosefulbright.com
Ethan Glenn
Texas Bar No. 24101810
ethan.glenn@nortonrosefulbright.com
Kayla Ahmed
Bar No. 24136691
kayla.ahmed@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Telephone:     (512) 474-5201
Facsimile:     (512) 536-4598

*Counsel for Plaintiff Tesla, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on August 5, 2026, this document was filed and served on all counsel of record via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

Liara A. Silva
State Bar No. 24117923
lsilva@fritzbyrne.law
FRITZ BYRNE, PLLC
402 West Seventh St
Austin, Texas 78701
Telephone: (512) 476-2020
Telecopy: (512) 477-5267

AND

Todd A. Holleman (MI Bar P57699)
*Admitted Pro Hac Vice*
hollemant@millerjohnson.com
Miller Johnson
500 Woodward Ave., Suite 3600
Detroit, MI 48226
313-672-6939

*Attorneys for Angstrom Automotive Group, LLC*

/s/ Marc B. Collier
Marc B. Collier