# EXHIBIT 1

| Attorney or Party without Attorney:<br>Marc B. Collier, Esq. ()<br>Norton Rose Fulbright US LLP<br>98 San Jacinto Blvd Suite 1100<br>Austin, TX 78701<br>Telephone No:  512-536-4580<br><br>Attorney For:  Plaintiff | For Court Use Only |
|---|---|
| *Ref. No. or File No.:*<br>Tesla v Anstrom | |

| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Western District of Texas | |
|---|---|
| *Plaintiff:*  Tesla, Inc.<br>*Defendant:*  Angstrom Automotive Group, LLC | |

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date:<br>7/31/26 | Time:<br>2:00pm | Dept/Div: | Case Number:<br>6:26-cv-00477 |
|---|---|---|---|---|

1.  I, Bonnie Phillippi , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Nagesh Palakurthi as follows:

2.  *Documents:* Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

**Attempt Detail**

1) Unsuccessful Attempt by: Bonnie Phillippi () on: Jul 31, 2026, 10:50 am EDT at 25330 Telegraph Road, Southfield, MI 48033
Per Mr. Banga, Mr. Palakurhi isn't in the office, but he might be back next week.

6. *Person Who Served Papers:*
   a. Bonnie Phillippi ()
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

   d. *The Fee for Service was:*

4.  *I declare under penalty of perjury that the foregoing is true and correct.*

7-31-24
*(Date)*

*(Signature)*



AFFIDAVIT OF
DUE DILIGENCE

16500097
*(431012)*