# EXHIBIT
# 2

| Attorney or Party without Attorney:<br>Marc B. Collier, Esq. ()<br>Norton Rose Fulbright US LLP<br>98 San Jacinto Blvd Suite 1100<br>Austin, TX 78701<br>Telephone No:  512-536-4580<br><br>Attorney For:  Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>Tesla v Anstrom | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Western District of Texas | | |
| Plaintiff:  Tesla, Inc.<br>Defendant:  Angstrom Automotive Group, LLC | | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date:<br>7/31/26 | Time:<br>2:00pm | Dept/Div: | Case Number:<br>6:26-cv-00477 |
|---|---|---|---|---|

1. I, Bonnie Phillippi , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Nagesh Palakurthi as follows:

2. *Documents:* Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Bonnie Phillippi () on: Jul 31, 2026, 11:25 am CDT at 1741 Heron Ridge Drive, Bloomfield Hills, MI 48302
Gated community no access to the residence. The homeowner has to let you in or you have to be able to call them to get in

6. **Person Who Served Papers:**
   a. Bonnie Phillippi ()
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

   d. **The Fee** for Service was:

4. *I declare under penalty of perjury that the foregoing is true and correct.*

7-31-26
(Date)

(Signature)

AFFIDAVIT OF
DUE DILIGENCE

16500138
(431020)