# EXHIBIT
# 3

| Attorney or Party without Attorney:<br>Marc B. Collier, Esq. ()<br>Norton Rose Fulbright US LLP<br>98 San Jacinto Blvd Suite 1100<br>Austin, TX 78701<br>Telephone No: 512-536-4580 | | For Court Use Only |
|---|---|---|
| Attorney For:  Plaintiff | Ref. No. or File No.:<br>Tesla v Anstrom | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Western District of Texas | | |
| Plaintiff:  Tesla, Inc.<br>Defendant:  Angstrom Automotive Group, LLC | | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date:<br>7/31/26 | Time:<br>2:00pm | Dept/Div: | Case Number:<br>6:26-cv-00477 |
|---|---|---|---|---|

1.  I, Kevin A. Whitley PSC-24809 , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Nagesh Palakurthi as follows:

2.  *Documents:* Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

**Attempt Detail**

1) Unsuccessful Attempt by: Kevin A. Whitley (PSC-24809) on: Jul 31, 2026, 11:19 am CDT at 222 Lely Drive, Troy, TX 76579 Subject is not at this location; he works at the corporate office in Michigan.

6.  **Person Who Served Papers:**
   a. Kevin A. Whitley (PSC-24809)
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

   d. *The Fee for Service was:*

4.  *I declare under penalty of perjury that the foregoing is true and correct.*

07/31/2026 _____   (Date)            _____ (Signature)



AFFIDAVIT OF
DUE DILIGENCE

*16498818*
*(431009)*