# EXHIBIT

# 4

| Attorney or Party without Attorney:<br>Marc B. Collier, Esq. ()<br>Norton Rose Fulbright US LLP<br>98 San Jacinto Blvd Suite 1100<br>Austin, TX 78701<br>Telephone No: 512-536-4580 | | For Court Use Only |
|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.:<br>Tesla v Anstrom | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Western District of Texas | | |
| Plaintiff: Tesla, Inc.<br>Defendant: Angstrom Automotive Group, LLC | | |

| PROOF OF SERVICE | Hearing Date:<br>7/31/26 | Time:<br>2:00pm | Dept/Div: | Case Number:<br>6:26-cv-00477 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action; $40.00 witness fees.

3.   a.   Party served:   Rajneesh Banga
    b.   Person served:   Rajneesh Banga

4. *Address where the party was served:*   25330 Telegraph Road, Southfield, MI 48033

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jul 31 2026 (2) at: 10:35 AM

6. *Person Who Served Papers:*
   a. Bonnie Phillippi ()
   b. FIRST LEGAL
       2920 N. GREEN VALLEY PARKWAY, SUITE 514
       HENDERSON, NV 89014
   c. (888) 599-5039

   d. *The Fee for Service was:*

7. *I declare under penalty of perjury that the foregoing is true and correct.*

7-31-26
_____
(Date)

_____
(Signature)

PROOF OF
SERVICE

16500099
(431013)