# EXHIBIT
# 5

| Attorney or Party without Attorney:<br>Marc B. Collier, Esq. ()<br>Norton Rose Fulbright US LLP<br>98 San Jacinto Blvd Suite 1100<br>Austin, TX 78701<br>Telephone No: 512-536-4580 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Western District of Texas | | | | |
| Plaintiff: Tesla, Inc.<br>Defendant: Angstrom Automotive Group, LLC | | | | |

| PROOF OF SERVICE | Hearing Date:<br>7/31/26 | Time:<br>2:00pm | Dept/Div: | Case Number:<br>6:26-cv-00477 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action; $40.00 witness fees.

3. a. Party served:      Ed Cosper
   b. Person served:    Ed Cosper , Caucasian , Male , Age: 55-65 , Hair: Gray , Height: 5'11" , Weight: 300-350 , Description:
       Glasses and Beard

4. Address where the party was served:    222 Lely Drive, Troy, TX 76579

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jul 31 2026 (2) at: 11:19 AM

6. Person Who Served Papers:
   a. Kevin A. Whitley (PSC-24809)                                      d. The Fee for Service was:
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

7. I declare under penalty of perjury that the foregoing is true and correct.

07/31/2026
_____
(Date)

_____
(Signature)



PROOF OF
SERVICE

16498812
(431007)