# EXHIBIT
# 6

| *Attorney or Party without Attorney:*<br>Marc B. Collier, Esq. ()<br>Norton Rose Fulbright US LLP<br>98 San Jacinto Blvd Suite 1100<br>Austin, TX 78701<br>*Telephone No:* 512-536-4580 | | **For Court Use Only** |
|---|---|---|
| *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>Tesla v Anstrom | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC-Western District of Texas | | |
| *Plaintiff:* Tesla, Inc.<br>*Defendant:* Angstrom Automotive Group, LLC | | |

| **PROOF OF SERVICE** | *Hearing Date:*<br>7/31/26 | *Time:*<br>2:00pm | *Dept/Div:* | *Case Number:*<br>6:26-cv-00477 |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action; $40.00 witness fees.

3.  a.  Party served:    Jafet Arano
    b.  Person served:   Jafet Arano , Hispanic , Male , Age: 30-35 , Hair: Black , Height: 5'6" , Weight: 150-170 , Description: Glasses and beard

4.  Address where the party was served:   222 Lely Drive, Troy, TX 76579

5.  I served the party:
    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jul 31 2026 (2) at: 11:19 AM

6.  **Person Who Served Papers:**
    a. Kevin A. Whitley (PSC-24809)                              d. *The Fee for Service was:*
    b. FIRST LEGAL
       2920 N. GREEN VALLEY PARKWAY, SUITE 514
       HENDERSON, NV 89014
    c. (888) 599-5039

7.  *I declare under penalty of perjury that the foregoing is true and correct.*

07/31/2026
_____
(Date)

_____
(Signature)



PROOF OF
SERVICE

*16498815*
*(431008)*