UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Tesla, Inc., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:26-cv-00477 |
| | § | |
| Angstrom Automotive Group, LLC, | § | |
| | § | |
| *Defendant.* | § | |

### ORDER DENYING DEFENDANT ANGSROM AUTOMATIVE GROUP, LLC'S MOTION TO STAY

Pending before the Court is Defendant Angstrom Automotive Group, LLC's Motion to Stay Temporary Restraining Order and Writ of Replevin Pending Appeal (Dkt. No. 20). The Court has reviewed the Motion, Plaintiff Tesla, Inc.'s Response in Opposition (Dkt. No. 26), the applicable law, and record of this case and finds that the motion should be denied.

Four well established factors govern the propriety of a stay pending appeal: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Marlowe v. LeBlanc*, 810 F. App'x 302, 304 (5th Cir. 2020) (citing *Nken v. Holder*, 556 U.S. 418, 426, 129 S. Ct. 1749, 1761, 173 L.Ed.2d 550 (2009)). The Court finds that Defendant has not made a strong showing of likelihood of success on the merits of his appeal based on the evidence presented at the TRO hearing. Further, the Court finds that the issuance of a stay would substantially injure Tesla in this proceeding given their need for the tooling at issue—also discussed at length during the TRO hearing. The Court finds that Defendant has not demonstrated that a stay is warranted here.

1

It is therefore ordered that Defendant's Motion to Stay (Dkt. No. 20) is denied.

**So ordered on August 5, 2026.**

_____
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE

2