IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

Tesla, Inc.,                                      §
                                                  §
    *Plaintiff,*                                §
                                                  §
v.                                                §     Civil Action No. 6:26-cv-00477-CRW-DNM
                                                  §
Angstrom Automotive Group, LLC,                   §
                                                  §
    *Defendant.*                                §

### PLAINTIFF TESLA, INC.'S UPDATE ON STATUS OF COMPLIANCE WITH THE COURT'S TEMPORARY RESTRAINING ORDER

Plaintiff Tesla, Inc. ("Tesla") files this notice to update the Court regarding the Parties' compliance with the Court's temporary restraining order (Dkt. No. 24).

### UPDATE

The Court granted Tesla's motion for a temporary restraining order on the record on July 31, 2026 during the hearing on the same and formally entered the order on the docket on August 3, 2026. *See* Dkt. No. 24 (the "TRO"). In that TRO, the Court commanded Angstrom Automotive, Angstrom Aluminum Castings, LLC ("AAC-Texas"), and others to use best efforts to prepare the Tooling for release by 8:00 P.M. C.T. on August 4th, 2026, so that Tesla could retrieve it on August 5th, 2026 starting at 8:00 A.M. C.T. *See id*., Ex. A at 2. Angstrom Automotive filed a motion to stay that order yesterday (Dkt. Nos. 20, 21), which the Court denied today. Dkt. No. 28.

After Tesla filed its response to Angstrom Automotive's motion to stay, at approximately 8:12 P.M. C.T. on August 4, 2026, minutes after the TRO's deadline to complete preparations for Tesla's retrieval of the Tooling had elapsed, Angstrom Automotive's counsel emailed Tesla's counsel to notify the undersigned that Angstrom Automotive's affiliate and non-party to this action AAC-Texas had filed for bankruptcy. Angstrom Automotive's counsel attached a bankruptcy

*Tesla's Update on Status of Compliance with the Court's TRO*                    **Page 1 of 4**

petition to that email, which is attached to this notice for the Court's reference as **Exhibit 1**. In that email, Angstrom Automotive's counsel stated that, because of Angstrom Automotive's affiliate's bankruptcy filing, Tesla "is not allowed to take the tooling at issue in the District Court's order" and asked that Tesla not "proceed with the plans to appear and take the tooling from this entity tomorrow morning." Tesla had flown employees to Texas to retrieve the Tooling, had engaged a third-party rigging company, and was otherwise prepared to comply with the Court's TRO. However, due to Angstrom Automotive's counsel's email, the Tooling was not retrieved.

To the undersigned counsel's understanding, as of time of the filing of this notice, Angstrom Automotive itself has not filed for bankruptcy, nor has Enforge, LLC (the other Angstrom Automotive affiliate entity from which Tesla will retrieve Tooling under the TRO), and no Fifth Circuit appeal of the Court's TRO has been docketed.

Tesla also disagrees as to the application of the automatic stay as applied to non-debtor Angstrom Automotive, and Tesla intends to seek any appropriate relief as may be necessary. Nonetheless, Tesla files this update to apprise the Court of the current status of compliance with the Court's order.

Dated: August 5, 2026

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Marc B. Collier*
Marc B. Collier
Texas Bar No. 00792418
marc.collier@nortonrosefulbright.com
Ethan Glenn
Texas Bar No. 24101810
ethan.glenn@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Telephone:     (512) 474-5201
Facsimile:     (512) 536-4598

*Counsel for Plaintiff Tesla, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on August 5, 2026, this document was filed and served on all counsel of

record via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

Liara A. Silva
State Bar No. 24117923
lsilva@fritzbyrne.law
FRITZ BYRNE, PLLC
402 West Seventh St
Austin, Texas 78701
Telephone: (512) 476-2020
Telecopy: (512) 477-5267

AND

Todd A. Holleman (MI Bar P57699)
(Pending Pro Hac Vice Request)
hollemant@millerjohnson.com
Miller Johnson
500 Woodward Ave., Suite 3600
Detroit, MI 48226
313-672-6939

*Attorneys for Angstrom Automotive Group, LLC*

/s/ Marc B. Collier
Marc B. Collier