# <u>Exhibit 1</u>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Angstrom Aluminum Castings Texas, LLC** |
| 2. | All other names debtor used in the last 8 years. Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **33-2566917** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **222 Lely Drive**<br>**Troy, TX 76579-3714**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bell**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Angstrom Aluminum Castings Texas, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3315__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

| Debtor | **Angstrom Aluminum Castings Texas, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Wrena, LLC** | | Relationship | |
| District | **Eastern District of Michigan** | When **9/23/24** | Case number, if known | **24-49047-mar** |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other **Debtor is in possession of third-party-owned tooling that is the subject of a pending temporary restraining order requiring turnover. Immediate attention is needed to preserve the property, coordinate its treatment with the automatic stay under 11 U.S.C. §362, and resolve competing possessory claims before further deterioration, loss or contempt exposure.**

**Where is the property?** **222 Lely Drive**
**Troy, TX, 76579-3714**

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     

Debtor   **Angstrom Aluminum Castings Texas, LLC**                    Case number (*if known*) _____
Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  4, 2026**
             MM / DD / YYYY

**X** **/s/ Nagesh K. Palakurthi**                    **Nagesh K. Palakurthi**
Signature of authorized representative of debtor     Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Jason Binford**                    Date   **August  4, 2026**
Signature of attorney for debtor                     MM / DD / YYYY

**Jason Binford**
Printed name

**Kane Russell Coleman Logan PC**
Firm name

**401 Congress Avenue**
**Suite 2100**
**Austin, TX 78701**
Number, Street, City, State & ZIP Code

Contact phone   **512-487-6650**        Email address   **jbinford@krcl.com**

**24045499 TX**
Bar number and State

**RESOLUTION AND WRITTEN CONSENT OF**
**ANGSTROM ALUMINUM CASTINGS TEXAS, LLC**

August 4, 2026

On the date hereof, the current single manager (the "**Manager**") of Angstrom Aluminum Castings Texas, LLC (the "**Company**"), took the following actions, provided his written consent (the "**Written Consent**"), and adopted the following resolutions:

**WHEREAS** the Manager acknowledges and agrees that all requirements for action to be taken by written consent have been met pursuant to the Company's Operating Agreement (as further amended, the "**Company Agreement**");

**WHEREAS** the Manager acknowledges and agrees that the signatory to this Written Consent is acting with appropriate and sufficient authority;

**WHEREAS** the Manager has considered the financial and operational conditions of the Company and its business and reviewed the historical performance of the Company, the market for the Company's services and the current and long-term liabilities of the Company;

**WHEREAS** the Manager has reviewed, considered, and received the recommendations and the advice of the Company's professionals and advisors, including from Kane Russell Coleman Logan PC ("**KRCL**" or the "**Law Firm**"), as general bankruptcy counsel, with respect to potential avenues for relief that are available to the Company, including the possibility of pursuing a bankruptcy filing under the United States Bankruptcy Code;

**<u>Commencement of Chapter 11 Case on Behalf of the Company</u>**

**NOW, THEREFORE, BE IT RESOLVED** that, in the business judgment of the Manager, it is in the best interests of the Company and its creditors, employees, members, and other parties in interest that the Company file, or cause to be filed, a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code;

**RESOLVED FURTHER** that Nagesh Palakurthi, sole Manager of the Company is hereby authorized to execute, deliver, and file or cause to be filed, at such time when the Manager determines, in his informed good faith, business judgment that it is in the best interests of the Company, with the Bankruptcy Court a voluntary petition of the Company pursuant to Chapter 11 (the "**Petition**") of the Bankruptcy Code, in such form as prescribed by the Official Forms promulgated in connection with the Bankruptcy Code; and it is

**RESOLVED FURTHER** that upon the filing of the Petition as authorized by the previous resolution, the Manager or other duly appointed officers expressly authorized by the Manager to act (collectively with the Manager, the "**Authorized Officers**"), on behalf of the Company, be and hereby are, authorized and empowered to execute and deliver, and file or cause to be filed with the Bankruptcy Court, all papers and pleadings necessary or convenient to facilitate the bankruptcy case and all of its matters and proceedings, and any and all other documents, including

1

necessary or appropriate in connection with the commencement of the Chapter 11 case of the Company, each in such form or forms as the Authorized Officer so acting may approve;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized and empowered to execute and deliver, and file or cause to be filed with the Bankruptcy Court, all papers and pleadings necessary or convenient to effect, cause or promote the Company's reorganization pursuant to Chapter 11 of the Bankruptcy Code and any and all other documents, including affidavits, or oral testimony necessary or appropriate in connection with the commencement of the Chapter 11 case of the Company, in such form or forms as the Authorized Officer so acting may approve;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Authorized Officer so acting shall deem appropriate to consummate any transactions necessary to effectuate the foregoing resolutions; provided, such attestation shall not be required for the validity of any such documents;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized to certify and attest to any documents which he or she may deem necessary or appropriate to consummate any transactions necessary to effectuate the foregoing resolutions; provided, such attestation shall not be required for the validity of any such documents;

**RESOLVED FURTHER** that the engagement of the Law Firm in the representation of the Company as debtor, prior to and in any case commenced by the Company under the Bankruptcy Code, in accordance with the terms of the engagement letter between the Company and the Law Firm, and in all matters arising in connection therewith, is hereby approved, and each Authorized Officer be, and hereby is, authorized and empowered to retain such other attorneys, advisors, accountants, consultants or other professionals on behalf of the Company as the Authorized Officer so acting may determine to be necessary or appropriate;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized to provide the Law Firm with retainers and other payments as the Authorized Officer may deem appropriate and as is mutually acceptable to the Authorized Officer and the Law Firm, and to give such instructions to the Law Firm as is deemed in the best interest of the Company, its creditors, equity security holders, and other interested parties;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, is authorized, empowered, and directed to take any further action necessary or appropriate to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**RESOLVED FURTHER** that all actions taken by the Authorized Officers, in the name of or on behalf of the Company, in connection with the reorganization of the Company or any matters related thereto, or by virtue of these resolutions, are hereby in all aspects ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent, in one or more counterparts, as of the date set forth above.

**COMPANY:**

**Angstrom Aluminum Castings Texas, LLC**

By:_____

Name: Nagesh Palakurthi

Its: Manager

**Fill in this information to identify the case:**

Debtor name    **Angstrom Aluminum Castings Texas, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 4, 2026**      *X* **/s/ Nagesh K. Palakurthi**
                                                     Signature of individual signing on behalf of debtor

                                                     **Nagesh K. Palakurthi**
                                                     Printed name

                                                   **Manager**
                                                   Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **Angstrom Aluminum Castings Texas, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Airgas USA LLC - Central Div. 259 North Radnor-Chester Road Suite 100 Radnor, PA 19087** | | | | | | **$8,797.80** |
| **Bestway Agency (Shenzhen) Co., Ltd. 2/F Building 7 Fuqiao Shenzhen CHINA** | | **MRO** | | | | **$8,618.12** |
| **Boltun/QST Corporation 3F, No. 203,Sec.1 Changrong Rd. 70143 Tianan City TAIWAN** | | **Raw materials** | | | | **$102,272.00** |
| **Chem-Trend Incorporated Lockbox 22002 22002 Network Chicago, IL 60673** | | **MRO** | | | | **$5,942.14** |
| **Constellation New Energy, Inc. PO Box 4640 Carol Stream, IL 60197** | | **Utilities** | | | | **$10,973.63** |
| **Crosslink International, Inc. 6140 Kit Road Pipersville, PA 18947** | | **Raw materials** | | | | **$44,401.50** |

Debtor **Angstrom Aluminum Castings Texas, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Danhil Containers, Inc.** 3715 Lucius McCelvey Drive P.O. Box 2089 Temple, TX 76503-2089 | | **Packaging** | | | | **$68,084.62** |
| **DXP Enterprises, Inc.** 2590 Oakmont Drive #220 Round Rock, TX 78665 | | **MRO** | | | | **$7,046.69** |
| **Janel Group, LLC** 4101 Interwood N. Parkway Suite Houston, TX 77032 | | **Broker** | | | | **$8,622.19** |
| **Magma Foundry Technologies, Inc.** 2340 South Arlington Heights Rd Arlington Heights, IL 60005 | | **Miscellaneous** | | | | **$16,422.80** |
| **Metal Finishing Solutions, Inc.** 46 N. 49th Phoenix, AZ 85043 | | **Subcontractor** | | | | **$10,629.36** |
| **Millwood, Inc.** 3708 International Boulevard Vienna, OH 44473 | | **MRO** | | | | **$5,399.00** |
| **Ningbo Shengji Machinery Co., Ltd.** No. 7 Yingluohe Road, Beilun Daqi Ningbo City 315806 Zhejiang CHINA | | **Raw materials** | | | | **$46,698.00** |
| **Ningbo Sindar Mould Manufacture Co. Ltd.** No. 28 Guantanghe Road Beilun District, Ningbo City 315806 Zhejiang CHINA | | | **Disputed** | | | **$178,417.69** |

| Debtor | **Angstrom Aluminum Castings Texas, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Precision Plating Company, Inc. c/o Gary Belmonti 4123 W. Peterson Ave. Chicago, IL 60646** | | **Subcontractor** | | | | **$316,456.55** |
| **Stirweld 2791 Research Drive Rochester, MI 48309-3575** | | | | | | **$8,405.00** |
| **Suzhou Weiliang Electric Co., Ltd. #B No. 101 Fuli Guangfu Town 215159 Suzhou CHINA** | | **Raw materials** | | | | **$23,460.00** |
| **Valor Renewables, Inc. 11280 Charles Road Houston, TX 77041** | | **Raw materials** | | | | **$507,316.19** |
| **Vestis 2680 Palumbo Drive Lexington, KY 40509** | | **Operating Supplies** | | | | **$15,863.27** |
| **XPO Logistics Inc. 29559 Network Place Chicago, IL 60673** | | **Freight** | | | | **$11,940.01** |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of Texas

In re  **Angstrom Aluminum Castings Texas, LLC**

Debtor(s)

Case No. _____

Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept     $    **75,000.00** (Retainer)

    Prior to the filing of this statement I have received     $    **8,345** (Pre-Petition)

    Balance Due     $    **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):     **Angstrom September 2024 Holdings LLC**

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required; and
    c.  Representation of the debtor at the meeting of creditors, contested matters, and any confirmation hearing

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____8/4/2026_____
*Date*

/s/ Jason Binford
_____

**Jason Binford**
*Signature of Attorney*
**Kane Russell Coleman Logan PC**
**401 Congress Avenue**
**Suite 2100**
**Austin, TX 78701**
**512-487-6650**
**jbinford@krcl.com**
*Name of law firm*

**United States Bankruptcy Court**
**Western District of Texas**

In re    **Angstrom Aluminum Castings Texas, LLC**        Case No. _____

                                 Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August  4, 2026**                      **/s/ Nagesh K. Palakurthi** _____

                                             **Nagesh K. Palakurthi**/**Manager**
                                             Signer/Title

ABC Pest Control
3425 Franklin Avenue
Waco, TX 76710

Accu Die & Mold
7473 Red Arrow Hwy
Stevensville, MI 49127

Air Compressor Services
3 Custom Mill Ct.
Greenville, SC 29609

Airgas USA LLC - Central Div.
259 North Radnor-Chester Road
Suite 100
Radnor, PA 19087

Alliance Technical Group LLC
255 Grant St. SE
Suite 600
Decatur, AL 35601

Allied Sales Company
5005 E. 7th St.
Austin, TX 78702

Amazon Capital Services Inc.
410 Terry Avenue North
Seattle, WA 98109

Amcor
101 Oakley Street
Evansville, IN 47710

Angstrom N.A. LLC
25330 Telegraph Rd., Suite 600
Southfield, MI 48033

Atmos Pipeline - Texas
5420 LBJ Freeway
Suite 1500
Dallas, TX 75240

Bell County Attorney's Office
PO Box 1127
Belton, TX 76513


Bell County Tax Assessor-Collector
PO Box 390
Belton, TX 76513


Bestway Agency (Shenzhen) Co., Ltd.
2/F Building 7
Fuqiao
Shenzhen
CHINA


Billor McDowell
6025 Commerce Drive
Suite 510
Irving, TX 75063


Boltun/QST Corporation
3F, No. 203,Sec.1
Changrong Rd.
70143 Tianan City
TAIWAN


Chem-Trend Incorporated
Lockbox 22002
22002 Network
Chicago, IL 60673


City of Troy
201 East Main Street
Troy, TX 76579


Constellation New Energy, Inc.
PO Box 4640
Carol Stream, IL 60197


Cothron Security Solutions, LLC
8120 Exchange Drive
Suite 100
Austin, TX 78754

Crosslink International, Inc.
6140 Kit Road
Pipersville, PA 18947


Crown Equipment Corporation
44 South Washington Street
New Bremen, OH 45869


Danhil Containers, Inc.
3715 Lucius McCelvey Drive
P.O. Box 2089
Temple, TX 76503-2089


DME Company LLC
42827 Irwin Drive
Harrison Township, MI 48045


DXP Enterprises, Inc.
2590 Oakmont Drive #220
Round Rock, TX 78665


Enforge, LLC
1600 Woodhurst Ln.
Albemarle, NC 28001


Fowler Energy Company
4520 Spicewood Springs Rd.
Austin, TX 78759


Frontier Waste - Hillsboro
101 Jennings Pkwy
Hillsboro, TX 76645


GNT Security
495 Jackson Street #1130
Oakland, CA 94607


Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045-5201

Grones Environmental Services Ltd.
PO Box 154524
Waco, TX 76715


Ham and McCreight Supply
614 E. Avenue A
Temple, TX 76503


Hydradyne Hydraulics
15050 FAA Boulevard
Fort Worth, TX 76155


Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Janel Group, LLC
4101 Interwood N. Parkway Suite
Houston, TX 77032


Magma Foundry Technologies, Inc.
2340 South Arlington Heights Rd
Arlington Heights, IL 60005


Metal Finishing Solutions, Inc.
46 N. 49th
Phoenix, AZ 85043


Millwood, Inc.
3708 International Boulevard
Vienna, OH 44473


Moresco
466 Fairforest Way
Greenville, SC 29607


Mueller Supply Company Inc.
1915 Hutchins Ave.
Ballinger, TX 76821

Ningbo Shengji Machinery Co., Ltd.
No. 7 Yingluohe Road, Beilun Daqi
Ningbo City
315806 Zhejiang
CHINA


Ningbo Sindar Mould Manufacture Co. Ltd.
No. 28 Guantanghe Road
Beilun District, Ningbo City
315806 Zhejiang
CHINA


Precision Plating Company, Inc.
c/o Gary Belmonti
4123 W. Peterson Ave.
Chicago, IL 60646


Purvis Bearing Service Inc.
10500 North Stemmons Fwy.
Dallas, TX 75220


Quaker Houghton
One Quaker Park
901 E. Hector Street
Conshohocken, PA 19428-2380


Quench USA Inc.
630 Allendale Rd.
King of Prussia, PA 19406


R.S. Hughes
1162 Sonora Court
Sunnyvale, CA 94086


Radley LLC
24 Albion Road, Suite 230
Lincoln, RI 02865


Radwell International Inc.
1 Milliennium Drive
Willingboro, NJ 08046

Southeastern Freight Lines
420 Davega Drive
Lexington, SC 29073


Star Tex Propane
1201 La Salle Ave
Waco, TX 76706


Stirweld
2791 Research Drive
Rochester, MI 48309-3575


Suzhou Weiliang Electric Co., Ltd.
#B No. 101 Fuli
Guangfu Town
215159 Suzhou
CHINA


Temple Welding Supply
2101 Industrial Blvd
Temple, TX 76504


Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. 13528 Capital Station
Austin, TX 78711


Texas Documents Solutions, Inc.
2800 Longhorn Blvd, Suite 101
Austin, TX 78758


Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778


The Schaefer Group, Inc.
1300 Grange Hall Road
Dayton, OH 45430-1013


Timetrex Workforce Management
#263 - 2300 Carrington Rd.
West Kelowna, BC  V4T 2N6
CANADA

Troy Texas LLC
25330 Telegraph Road, Suite 600
Southfield, MI 48033


U-Line
1260 East Van Deinse Street
Greenville, MI 48838


United States Attorney
Civil Process Clerk
601 NW Loop 410, Suite 600
San Antonio, TX 78216


United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701


UPS Supply Chain Solutions
12380 Morris Road
Alpharetta, GA 30005


Valor Renewables, Inc.
11280 Charles Road
Houston, TX 77041


Verichek Technical Services Inc.
3000 Industrial Blvd.
Bethel Park, PA 15102


Vestis
2680 Palumbo Drive
Lexington, KY 40509


Waco Tool and Die, Inc.
5468 S. University Parks Dr.
Waco, TX 76706

XPO Logistics Inc.
29559 Network Place
Chicago, IL 60673