UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Tesla, Inc., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:26-cv-00477 |
| | § | |
| Angstrom Automotive Group, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## <u>ORDER SETTING HEARING</u>

IT IS HEREBY ORDERED that the above entitled and numbered case is set for a **STATUS CONFERENCE** by Zoom on **Thursday, August 6, 2026, at 3:00 PM CT**. The Zoom link will be sent via email.

**So ordered on August 6, 2026.**


_____
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE