**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

TESLA, INC.,

     Plaintiff,                                                            Civil Action No. 6:26-cv-00477

v.

ANGSTROM AUTOMOTIVE GROUP, LLC,

     Defendant.

---

**NOTICE OF APPEAL**

NOTICE is hereby given that Defendant Angstrom Automotive Group, LLC ("Angstrom Automotive") appeals to the United States Court of Appeals for the Fifth Circuit this Court's August 3, 2026 "Order Granting Plaintiff Tesla, Inc.'s Motion for Temporary Restraining Order and Writ of Replevin/Sequestration." (Sealed TRO, RE 24).

This order is immediately appealable on an interlocutory basis. Although a true TRO is generally not immediately appealable, "[t]he label appended by the requesting party or the judge" to an order "is not conclusive as to its proper characterization." *Belo Broad. Corp. v. Clark*, 654 F.2d 423, 426 (5th Cir. 1981). Instead, "[t]he denial of a so-called temporary restraining order is properly appealable when entered after a hearing in which all interested parties had an opportunity to participate, thus allowing for full presentation of relevant facts." *Id.* Moreover, orders that are styled as temporary restraining orders but have "the same

practical effect as the granting of a preliminary injunction" are immediately appealable. *Jones v. Belhaven Coll.*, 98 F. App'x 283, 284 (5th Cir. 2004); *see also Dep't of Educ. v. California*, 604 U.S. 650, 651 (2025) (TRO immediately appealable where it "carries many of the hallmarks of a preliminary injunction"). This Court's August 3, 2026 order is therefore immediately appealable under 28 U.S.C § 1292(a)(1).

By: _/s/Todd A. Holleman_____
Todd A. Holleman (MI Bar P57699)
(*Pro Hac Vice* Admission)
Miller Johnson
500 Woodward Ave., Suite 3600
Detroit, MI 48226
hollemant@millerjohnson.com
313-672-6939

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2026, the foregoing Motion for Stay of Temporary Restraining Order and Writ of Replevin Pending Appeal was served upon counsel of record through the Court's CM/ECF filing system.

_/s/Todd A. Holleman_____
Todd A. Holleman (Pro Hac Vice admission)
Attorneys for Defendant