# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 7, 2026

Lyle W. Cayce
Clerk

No. 26-50650

---

Tesla, Incorporated,

*Plaintiff—Appellee*,

*versus*

Angstrom Automotive Group, L.L.C.,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:26-CV-477

---

## UNPUBLISHED ORDER

Before Graves, Wilson, and Ramirez, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's motion for stay pending appeal is DEFERRED pending further order of the court. Appellee shall file any response to the motion for stay pending appeal by noon on Monday, August 10, 2026.

IT IS FURTHER ORDERED that Appellant's motion for administrative stay is GRANTED.