# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 10, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-50650    Tesla v. Angstrom Automotive
                 USDC No. 6:26-CV-477

Enclosed is an order entered in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

          *Lisa E. Ferrara*

          By: _____
          Lisa E. Ferrara, Deputy Clerk
          504-310-7675

Mr. Marc Brian Collier
Mr. Philip Devlin
Mr. Ethan Glenn
Mr. Todd Alan Holleman
Mr. Kevin Arlius Lie
Mr. Stephen J. Van Stempvoort

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 10, 2026

Lyle W. Cayce
Clerk

—————————

No. 26-50650

—————————

TESLA, INCORPORATED,

*Plaintiff—Appellee*,

*versus*

ANGSTROM AUTOMOTIVE GROUP, L.L.C.,

*Defendant—Appellant.*

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:26-CV-477

———————————————————————

UNPUBLISHED ORDER

Before GRAVES, WILSON, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellant's motion for stay pending appeal is DENIED.

IT IS FURTHER ORDERED that the administrative stay, entered by the court in this case on August 7, 2026, is hereby DISSOLVED.