IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TESLA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:26-cv-0477-CRW-DNM |
| ANGSTROM AUTOMOTIVE GROUP, LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**<u>NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF PLAINTIFF TESLA, INC.</u>**

Benton McDonald of the law firm of Norton Rose Fulbright US LLP hereby enters his appearance as additional counsel of record for Plaintiff Tesla, Inc. Benton McDonald respectfully requests that the Court designate him as additional counsel for Plaintiff and provide him with all notices, orders, correspondence, pleadings, and any other information regarding this case. Marc B. Collier of the law firm Norton Rose Fulbright US LLP will remain lead counsel for Plaintiff Tesla, Inc. in this matter.

Dated: September 8, 2026

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Benton McDonald*
Marc B. Collier
Texas Bar No. 00792418
marc.collier@nortonrosefulbright.com
Ethan Glenn
Texas Bar No. 24101810
ethan.glenn@nortonrosefulbright.com
Kayla Ahmed
Texas Bar No. 24136691
kayla.ahmed@nortonrosefulbright.com
Benton McDonald
Texas Bar No. 24143183
benton.mcdonald@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

*Counsel for Plaintiff Tesla, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on September 8, 2026, this document was filed and served on all counsel of record via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

*/s/ Benton McDonald*
Benton McDonald