IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TESLA, INC., *Plaintiff*, | § § § | |
| v. | § | Civil Action No. 6:26-cv-00477-CRW-DNM |
| ANGSTROM AUTOMOTIVE GROUP, LLC, *Defendant*. | § § § § § | |

**PROPOSED ORDER GRANTING PLAINTIFF TESLA, INC.'S**
**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

ON THIS DAY came on to be considered Plaintiff Tesla, Inc.'s ("Tesla") *Motion for Leave to File Amended Complaint*. Upon consideration, the Court finds that the Motion should be, and hereby is, **GRANTED**. The Clerk of the Court is hereby **ORDERED** to remove the cover page from **Exhibit A** of Tesla's motion and **DOCKET** Tesla's *First Amended Complaint*.

SIGNED on _____ _____, 2026.

______________________________________
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE