UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

TESLA, INC.,

Plaintiff, Civil Action No. 6:26-cv-00477

v.

ANGSTROM AUTOMOTIVE GROUP, LLC,

Defendant,

---

**DEFENDANT ANGSTROM AUTOMOTIVE GROUP, LLC'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**

Defendant Angstrom Automotive Group, LLC, by and through its undersigned counsel and pursuant to 9 U.S.C. § 3 and § 4 and to Tesla Inc.'s own General Terms and Conditions dated August 31, 2021, moves the Court for entry of an order compelling arbitration of all remaining disputes between the parties and staying all claims against this Defendant pending completion of that arbitration.

Respectfully submitted,

By: _*/s/Todd A. Holleman*___________________

Todd A. Holleman (MI Bar P57699)
(*Pro Hac Vice* Admission)
Miller Johnson
500 Woodward Ave., Suite 3600
Detroit, MI 48226
hollemant@millerjohnson.com
313-672-6939

**ATTORNEYS FOR DEFENDANT**

**Certificate of Conference**

The undersigned counsel certifies that he sought concurrence from Tesla's attorneys on September 10, 2026, and explained the basis for the relief being requested. Tesla's counsel denied concurrence on September 11, 2026.

*/s/ Todd A. Holleman*
Todd A. Holleman

**Certificate of Service**

I certify that on September 11, 2026, this document was filed and served on all counsel of record via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

*/s/ Todd A. Holleman*
Todd A. Holleman