UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

TESLA, INC.,

Plaintiff,

Civil Action No. 6:26-cv-00477

v.

ANGSTROM AUTOMOTIVE GROUP, LLC,

Defendant,

---

**PROPOSED ORDER GRANTING DEFENDANT ANGSTROM AUTOMOTIVE GROUP, LLC'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**

ON THIS DAY came on to be considered Defendant Angstrom Automotive Group, LLC's *Motion to Compel Arbitration and to Stay Proceedings*. Upon consideration, the Court finds that the Motion should be, and hereby is, **GRANTED.**

SIGNED on _________________, 2026

____________________________________
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE