UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

TESLA, INC.,

*Plaintiff,*

v.

ANGSTROM AUTOMOTIVE GROUP, LLC,

*Defendant.*

No. 6:26-CV-00477-CRW

**ORDER**

The referral of this case to United States Magistrate Judge Dan N. MacLemore is hereby vacated.

So ordered on September 14, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE