**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

TESLA, INC.,

Plaintiff,

Civil Action No. 6:26-cv-00477

v.

ANGSTROM AUTOMOTIVE GROUP, LLC,

Defendant.

---

**NOTICE OF MOTION EXHIBIT PREVIOUSLY FILED UNDERSEAL**

In accordance with the Court's instruction, Defendant Angstrom Automotive Group, LLC hereby provides notice that **Exhibit 1** to Defendant's Motion to Compel Arbitration and to Stay Proceedings [Docket No. 43] was previously filed under seal as Exhibit A-1 to Plaintiff Tesla Inc.'s Motion for Temporary Restraining Order [Docket No. 4]. Rather than refile the exhibit under seal for a second time, Defendant requests that the Court and Plaintiff refer to Exhibit A-1 to Tesla's Motion for Temporary Restraining Order as **Exhibit 1** to Defendant's Motion to Compel Arbitration and Stay Proceedings.

Respectfully submitted,

By: */s/ Todd A. Holleman*
Todd A. Holleman (MI Bar P57699)
(Impending *Pro Hac Vice* Request)
Miller Johnson
500 Woodward Ave., Suite 3600
Detroit, MI 48226
hollemant@millerjohnson.com
313-672-6939

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September 2026, the foregoing Notice of Motion Exhibit Previously Filed Under Seal was served upon counsel of record through the Court's CM/ECF filing system.

*/s/Todd A. Holleman*
Todd A. Holleman (Pro Hac Vice admission)
Attorneys for Defendant