IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Tesla, Inc., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:26-cv-00477-CRW-DNM |
| | § | |
| Angstrom Automotive Group, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**STIPULATION TO EXTEND RULE 26(F) FILING**

Plaintiff, Angstrom Aluminum Castings, LLC ("AAC-Texas"), and Defendant, Tesla, Inc. ("Tesla"), stipulate and agree to a three-day extension for their Joint Rule 26(f) report. Thus, the parties agree that the Joint Rule 26(f) report shall be due and submitted to this Court by Friday, September 25, 2026.

The parties conferred on this issue and agreed to this Stipulation to and Extension of the Joint Rule 26(f) filing deadline and respectfully request that the Court enter the attached order to that effect.

Stipulated to by:

By: */s/ Todd A. Holleman*
Todd A. Holleman
Miller Johnson
500 Woodward Ave., Suite 3600
Detroit, MI 48226
hollemant@millerjohnson.com
(313) 672-6939

By: */s/ Brenton McDonald (signed with permission)*
Brenton McDonald
Norton Rose Fulbright US LLP
98 San Jacinto Blvd, Suite 1100
Austin, TX 78701
benton.mcdonald@nortonrosefulbright.com
(512) 474-5201

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Tesla, Inc., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:26-cv-00477-CRW-DNM |
| | § | |
| Angstrom Automotive Group, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

The parties having stipulated and agreed that their Joint Rule 26(f) report shall be filed by no later than September 25, 2026, the Court **EXTENDS** the deadline to Friday, September 25, 2026.

**IT IS SO ORDERED.**

Dated: _______________, 2026

_______________________________
Christopher R. Wolfe
United States District Judge



MJ_ND 4912-4741-7810v1